UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| THOMAS O. FLUKINGER and JULIA B. FLUKINGER, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY, a Foreign Insurer,<br><br>Defendant. | CIVIL ACTION NO. 3:10-cv-05948-RBL<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR DISCLOSING EXPERT WITNESS OPINIONS AND COMPLETING DISCOVERY |
|---|---|

COMES NOW the parties and stipulate to the entry of an order extending the deadline by which the parties must make disclosure of expert testimony from September 14, 2011 to October 26, 2011, and extending the discovery completion deadline from November 14, 2011 to December 7, 2011. The parties have agreed to this extension because the Plaintiffs' expert, John Colvard, will not be able to fully formulate his opinions until the conclusion of the deposition of Jenni Sturm, the Defendant's adjustor, which deposition is scheduled to occur on October 12. The parties have further agreed to this extension to allow the Defendant time to depose Mr. Colvard once his report has been produced.

DATED this 9th day of September 2011.

| OWENS DAVIES FRISTOE TAYLOR & SCHULTZ, P.S. | COLE, LETHER, WATHEN LEID & HALL, P.C. |
|---|---|
| s/ Matthew B. Edwards | s/ Midori R. Sagara |
| Matthew B. Edwards, WSBA #18332<br>Attorney for Plaintiff<br>1115 West Bay Drive NW, Suite 302<br>Olympia, WA 98502<br>Telephone: 360/943-8320<br>E-mail: medwards@owensdavies.com | Rory W. Leid, III, WSBA No. 25075<br>Midori R. Sagara, WSBA No. 39626<br>Attorney for Foremost<br>Cole, Lether, Wathen, Leid & Hall, P.C.<br>1000 Second Avenue, Suite 1300<br>Seattle, Washington 98104<br>Telephone: 206/622-0494<br>E-mail: rleid@clwlh.com; msagara@clwlh.com |

STIPULATION AND ORDER CONTINUING
DEADLINE FOR DISCLOSING EXPERT WITNESS
OPINIONS AND COMPLETING DISCOVERY - - 1 -
CIVIL ACTION NO. 3:10-cv-05948-RBL

OWENS DAVIES FRISTOE
TAYLOR & SCHULTZ, P.S.
1115 West Bay Drive, Suite 302
Olympia, Washington 98502
Phone: (360) 943-8320
Facsimile: (360) 943-6150

1  So Ordered.

2  Dated this 13th day of September, 2011.

3

4

5  _____R. D. Leighton_____
   Honorable Ronald B. Leighton
6

7  Approved for Entry:

8  OWENS DAVIES FRISTOE             COLE, LETHER, WATHEN
   TAYLOR & SCHULTZ, P.S.           LEID & HALL, P.C.
9

10
   s/ Matthew B. Edwards            s/ Midori R. Sagara
11 Matthew B. Edwards, WSBA #18332  Rory W. Leid, III, WSBA No. 25075
   Attorney for Plaintiff           Midori R. Sagara, WSBA No. 39626
12 1115 West Bay Drive NW, Suite 302 Attorney for Foremost
   Olympia, WA 98502                Cole, Lether, Wathen, Leid & Hall, P.C.
13 Telephone: 360/943-8320          1000 Second Avenue, Suite 1300
   E-mail: medwards@owensdavies.com Seattle, Washington 98104
14                                  Telephone: 206/622-0494
                                    E-mail: rleid@clwlh.com; msagara@clwlh.com
15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER CONTINUING            OWENS DAVIES FRISTOE
DEADLINE FOR DISCLOSING EXPERT WITNESS      TAYLOR & SCHULTZ, P.S.
OPINIONS AND COMPLETING DISCOVERY - - 2 -   1115 West Bay Drive, Suite 302
CIVIL ACTION NO. 3:10-cv-05948-RBL          Olympia, Washington 98502
                                            Phone: (360) 943-8320
                                            Facsimile: (360) 943-6150