UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS O. FLUKINGER and JULIA B. FLUKINGER, husband and wife,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>FOREMOST INSURANCE COMPANY, a Foreign Insurer,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 3:10-cv-05948-RBL<br><br>STIPULATION AND ORDER CONTINUING DEADLINE FOR DISCLOSING EXPERT WITNESS OPINIONS AND COMPLETING DISCOVERY |

COMES NOW the parties and stipulate to the entry of an order extending the deadline by which the parties must make disclosure of expert testimony from September 14, 2011 to October 26, 2011, and extending the discovery completion deadline from November 14, 2011 to December 7, 2011. The parties have agreed to this extension because the Plaintiffs' expert, John Colvard, will not be able to fully formulate his opinions until the conclusion of the deposition of Jenni Sturm, the Defendant's adjustor, which deposition is scheduled to occur on October 12. The parties have further agreed to this extension to allow the Defendant time to depose Mr. Colvard once his report has been produced.

DATED this ___ day of September 2011.

| | |
|---|---|
| OWENS DAVIES FRISTOE<br>TAYLOR & SCHULTZ, P.S.<br>s/ Matthew B. Edwards<br>Matthew B. Edwards, WSBA #18332<br>Attorney for Plaintiff<br>1115 West Bay Drive NW, Suite 302<br>Olympia, WA 98502<br>Telephone: 360/943-8320<br>E-mail: medwards@owensdavies.com | COLE, LETHER, WATHEN<br>LEID & HALL, P.C.<br>s/ Midori R. Sagara<br>Rory W. Leid, III, WSBA No. 25075<br>Midori R. Sagara, WSBA No. 39626<br>Attorney for Foremost<br>Cole, Lether, Wathen, Leid & Hall, P.C.<br>1000 Second Avenue, Suite 1300<br>Seattle, Washington 98104<br>Telephone: 206/622-0494<br>E-mail: rleid@clwlh.com; msagara@clwlh.com |

STIPULATION AND ORDER CONTINUING
DEADLINE FOR DISCLOSING EXPERT WITNESS
OPINIONS AND COMPLETING DISCOVERY - - 1 -
CIVIL ACTION NO. 3:10-cv-05948-RBL

OWENS DAVIES FRISTOE
TAYLOR & SCHULTZ, P.S.
1115 West Bay Drive, Suite 302
Olympia, Washington 98502
Phone: (360) 943-8320
Facsimile: (360) 943-6150

So Ordered.

Dated this 13th day of September, 2011.

*R. D 3 Leighton*
Honorable Ronald B. Leighton

Approved for Entry:

| OWENS DAVIES FRISTOE | COLE, LETHER, WATHEN |
| TAYLOR & SCHULTZ, P.S. | LEID & HALL, P.C. |

s/ Matthew B. Edwards
Matthew B. Edwards, WSBA #18332
Attorney for Plaintiff
1115 West Bay Drive NW, Suite 302
Olympia, WA 98502
Telephone: 360/943-8320
E-mail: medwards@owensdavies.com

s/ Midori R. Sagara
Rory W. Leid, III, WSBA No. 25075
Midori R. Sagara, WSBA No. 39626
Attorney for Foremost
Cole, Lether, Wathen, Leid & Hall, P.C.
1000 Second Avenue, Suite 1300
Seattle, Washington 98104
Telephone: 206/622-0494
E-mail: rleid@clwlh.com; msagara@clwlh.com

STIPULATION AND ORDER CONTINUING
DEADLINE FOR DISCLOSING EXPERT WITNESS
OPINIONS AND COMPLETING DISCOVERY - - 2 -
CIVIL ACTION NO. 3:10-cv-05948-RBL

OWENS DAVIES FRISTOE
TAYLOR & SCHULTZ, P.S.
1115 West Bay Drive, Suite 302
Olympia, Washington 98502
Phone: (360) 943-8320
Facsimile: (360) 943-6150